|  | * | IN THE |
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | SUPREME COURT |
|  | * | OF MARYLAND |
| v. | * | Misc. AG Docket No. 45 |
| CHARLES EDWARD SMITH | * | September Term, 2022 |
|  | * | |

**ORDER**

Upon consideration of the Joint Petition for Interim Suspension, filed by Bar Counsel and the Respondent, Charles Edward Smith, on January 17, 2023, it is this 23rd day of January, 2023,

ORDERED, by the Supreme Court of Maryland, that the Joint Petition is GRANTED and, effective February 18, 2023, the Respondent, Charles Edward Smith, is temporarily suspended from the practice of law in the State of Maryland pursuant to Maryland Rule 19-738(e) pending further order of this Court; and it is further

ORDERED, that, on February 18, 2023, the Clerk of this Court shall strike the name of Charles Edward Smith from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b); and it is further

ORDERED, that the January 10, 2023 Show Cause Order issued pursuant to Maryland Rule 19-738(d) is satisfied.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

/s/ Shirley M. Watts
Senior Justice

*Chief Justice Fader did not participate in consideration of this matter.